# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JEREMY J. HARVEY, | |
|     Petitioner, | Case No. 2:12-cr-11 |
| v. | Judge Peter C. Economus |
| UNITED STATES OF AMERICA, | ORDER |
|     Respondent. | |

On May 8, 2013, the Magistrate Judge issued a Report and Recommendation pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings in the United States District Courts recommending that the instant motion to vacate, set aside or correct sentence be dismissed. Petitioner has filed objections to the Report and Recommendation. Petitioner objects to the Magistrate Judge's recommendation of dismissal of his claims on the merits or as waived due to his failure to file an appeal or by entry of his guilty plea.

Pursuant to 28 U.S.C. § 636(b), this Court has conducted a *de novo* review. For the reasons already well detailed in the Magistrate Judge's Report and Recommendation, Petitioner's Objection (Dkt. 36) is **OVERRULED.** The Report and Recommendation is **ADOPTED** and **AFFIRMED.** This action is hereby **DISMISSED**.

    IT IS SO ORDERED.

/s/ Peter C. Economus
UNITED STATES DISTRICT JUDGE